**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01385-CV

### THE MIAN DEVELOPMENT CORPORATION, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03073-E**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 4, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE